UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KARLA MCLAIN, | § | |
| *Plaintiff*, | § § § | |
| vs. | § § | CIVIL ACTION NO.4:13-cv-00264 |
| FOSSIL PARTNERS, LP, and FOSSIL, INC., | § § § § | |
| *Defendants*. | § | |

## ORDER

The court has considered the Joint Motion for Dismissal with Prejudice of Plaintiff Karla McLain and Defendants Fossil Partners, L.P. and Fossil Group, Inc. (incorrectly named Fossil, Inc.) (collectively, the "Parties"), and finds it meritorious.

Therefore, after consideration of the Parties' Motion, it is ORDERED that:

1. All claims that were or could have been asserted in this suit by Plaintiff against Defendants are dismissed with prejudice.

2. All claims that were or could have been asserted in this suit by Defendants against Plaintiff are dismissed with prejudice.

3. All court costs against each party are taxed to each party incurring the same.

4. The court clerk is instructed to close this case and remove it from the court's docket.

IT IS SO ORDERED.

**SIGNED this the 14th day of February, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE